UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Adrian Santana,

        Plaintiff,

   v.            9:11-CV-00443

M. Warner,
Registered Nurse,
Bare Hill Correctional Facility,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

   This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report-Recommendation pursuant 28 U.S.C. § 636(b) and Local Rules 72.3(c).

   No objections to the November 11, 2011 Report-Recommendation have been raised.  After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation for the reasons stated herein.

   It is, therefore, ORDERED that:

   Defendant's motion for summary judgement is GRANTED and the Complaint is dismissed in its entirety.

IT IS SO ORDERED.

Dated: January 26, 2012

_____
Thomas J. McAvoy
Senior, U.S. District Judge